**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

HERMAN H. LeFORS, JR.
ADC #138743                                                                                          PLAINTIFF

V.                                          5:07CV00223-WRW/HDY

LARRY NORRIS *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young and the objections submitted thereto.

After careful consideration, the Court concludes that the Proposed Findings and Partial

Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this

Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry

#3) is DENIED.

DATED this 29th day of October, 2007.


                                                        /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE